

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

JAMES M. BOLLING,

     Plaintiff,

v.                            Civil Action No. 3:16cv199

BAKER, INC.,
d/b/a BAKER DRIVERTRAINS,

     Defendant.

**ORDER**

Having reviewed the STIPULATION OF DISMISSAL WITH PREJUDICE AND MOTION TO RETAIN JURISDICTION [ECF No. 38) filed by both counsel for the plaintiff and defendant, and it appearing that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that this action is dismissed with prejudice, and with each party bearing its own costs and attorneys' fees. It is further ORDERED that, pursuant to Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the terms of

the parties Memorandum of Understanding Regarding Settlement Agreement.

The Clerk is directed to send a copy of this Order to Magistrate Judge Young.

It is so ORDERED.

_____ /s/ _REP_____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 14, 2016

.

.

2